UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMESON ANGELEL and KATHERINE SCULTHORP, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM ALLISON, REDGO LEASING LLC, and DONE RIGHT TRUCKING INC., <br><br> Defendants. | CASE NO. 3:24-cv-5822-JNW <br><br> ORDER |

This matter comes before the Court on the parties' joint motion to amend the initial scheduling order, Dkt. No. 9. Dkt. No. 10. The parties seek a one-month extension of all deadlines.

Under Chambers Procedures, Section 5.4, "initial case schedule deadlines may be extended by contacting Judge Whitehead's Courtroom Deputy. There's no need to file a stipulation with the Court." The Court also reminds the parties to seek relief from deadlines *before* they lapse.

The Court GRANTS the parties' joint motion, Dkt. No. 10, and STRIKES the deadlines set forth in Dkt. No. 9. The Court sets the following deadlines for the

**ORDER** - 1

parties to make their initial disclosures and to file their Joint Status Report and Discovery Plan:

| EVENT | DATE |
|---|---|
| Deadline for Fed. R. Civ. P. 26(f) Conference | January 31, 2025 |
| Initial Disclosures under Fed. R. Civ. P. 26(a)(1) | February 14, 2025 |
| Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) | February 21, 2025 |

Dated this 7th day of January, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2